KAUFMAN, Respondent, v. GANTZ, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Gerard Kaufman against George F. Gantz. J. W. Remer, of New York City, for appellant. J. A. Jacobs, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the extent of requiring plaintiff to serve an amended complaint, wherein he shall set forth what city ordinances it is claimed the defendant has violated or disregarded. Order filed.

KAYNER, Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by C. Adell Kayner against Elmer L. Brown, as Superintendent of Highways, etc. No opinion. Judgment affirmed with costs. See, also, 152 N. Y. Supp. 936.

KEIL, Respondent, v. KAUFMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by George Keil, an infant, etc., against Benjamin H. Kaufman. H. K. Heyman, of New York City, for appellant. A. Sonnenthal, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELDERHOUSE, Respondent, v. McGARRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) Action by Herbert Kelderhouse against John V. McGarry and another. No opinion. Judgment affirmed, with costs.

KELLOGG, Respondent, v. SCHMITZ, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Robert B. Kellogg against Val M. Schmitz. J. S. McDonogh, of New York City, for appellant. G. Tisne, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY, Respondent, v. BARON STEUBEN CO-OPERATIVE FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by George Kelly against the Baron Steuben Co-operative Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

KELLY, Appellant, v. WILLSEA WORKS, respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by John L. Kelly against the Willsea Works. No opinion. Judgment and order affirmed, with costs.

KELSEY SMITH & CO. v. DOUGLAS et al. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Kelsey Smith & Co. against William H. Douglas and others. No opinion. Motion denied in all respects without costs. Leave to appeal (from 151 N. Y. Supp. 549) to the Court of Appeals is unnecessary.

152 N.Y.S.—71

KEMP v. LAWSON. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Peter G. Kemp against Samuel Lawson, Sr. No opinion. Motion granted, with $10 costs. Order filed.

In re KENNARD. (Supreme Court, Appellate Division, First Department. April 30, 1915.) In the matter of Arthur C. Kennard, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KIELBERT CONST. CO., Appellant, v. FREY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by the Kielbert Construction Company against Edward Frey and others. G. W. Minor, of New York City, for appellant. L. O. Van Doren, of New York City, for respondents. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply, on payment of costs in this court and in the court below. Settle order on notice.

KING v. BROADHURST. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by William H. King against George H. Broadhurst. N. Vidaver, of New York City, for plaintiff. J. H. Hazelton, of New York City, for defendant. No opinion. Order affirmed. Order filed. See, also, 164 App. Div. 689, 150 N. Y. Supp. 376.

KING, Appellant, v. CHAPIN, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by William H. King against Nathaniel D. Chapin. A. B. Cruikshank, of New York City, for appellant. A. Stickney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KINSELLA, Respondent, v. KINSELLA UNITED PROPERTIES CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. March 19, 1915.) Actions by Clinton W. Kinsella against the Kinsella United Properties Company. J. W. Welsh, of New York City, for appellant. L. E. Ginn, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

KIZIS v. BROOKLYN HEIGHTS R. CO. In re RUGER. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by Joseph Kizis against the Brooklyn Heights Railroad Company. In the matter of Adolph Ruger. No opinion. Order affirmed, with $10 costs and disbursements.

KLAPPERT v. ETTAR REALTY CO. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Emil W. Klappert against the Ettar Realty Company. No opinion. Motion denied, with $10 costs. Order filed.